UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dwight Reid (Jordan Ingram)

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20-cr-626 PMH

Defendant ___Jordan Ingram___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer


/s/ Jordan Ingram (by permission of the record)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Jordan Ingram___
Print Defendant's Name

___[signature]___
Defendant's Counsel's Signature

___Stephen R. Lewis___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

___[signature]___
U.S. District Judge/U.S. Magistrate Judge