# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

> Application granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 194.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 15, 2021

Hon. Philip P. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Jordan Ingram,* 20 Cr. 626 (PMH)

Your Honor:

I represent Jordan Ingram in the referenced case and am submitting this letter to request permission to file interim vouchers. There are several reasons for this request.

First, this case involves extremely voluminous discovery, requiring the appointment of a coordinating discovery attorney.  Second, because I am a sole practitioner, it will be a hardship to delay submitting vouchers until the conclusion of this case, which is not yet scheduled for trial. Finally, I note that I have already represented Mr. Ingram for approximately six months.

For all these reasons, I ask the Court to grant me permission to file interim vouchers.

Respectfully submitted,

_____/s/_____
James E. Neuman